IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**LOY G. BEARD**     **PLAINTIFF**

**V.**     **CASE NO. 3:21-CV-3046**

**JOHN MONTGOMERY, Sheriff of**
**Baxter County, Arkansas**     **DEFENDANT**

### ORDER

Now before the Court is the Report and Recommendation (Doc. 10) ("R&R") filed in this case on August 24, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. The R&R recommends dismissing the case without prejudice due to Plaintiff Loy G. Beard's failure to obey Court orders. Mr. Beard has been directed multiple times to file an amended complaint on the Court's approved form and to submit either an *in forma pauperis* ("IFP") application or the required filing fee of $402.00. Rather than provide these materials to the Court, Mr. Loy has repeatedly filed notices/letters stating that he cannot comply with the Court's orders for various reasons.

On September 3, 2021, Mr. Beard filed an Objection to the R&R (Doc. 11), and on September 14, 2021, he filed a Supplement to the Objection (Doc. 12). The Court has reviewed the entire record *de novo* in light of the Objection and Supplement. *See* 28 U.S.C. § 636(b)(1).

In his Objection, Mr. Beard provides detailed information about his underlying state charges and complains that he has not yet visited with an attorney regarding those charges. His Objection does not address the reasons why the R&R recommends dismissing the case, namely, his failure to submit an amended complaint and failure to complete an IFP form or pay a filing fee. In the Supplement to the Objection, Mr. Beard

explains that his jailers stopped him from using the telephone while in jail, and as a result, he was unable to "call[] [his] bank to see how much funds are in [his] account." *Id.* He insinuates, but does not argue directly, that he cannot fill out the IFP form unless he is permitted to call his bank. The Court disagrees. The Court has reviewed a copy of the blank IFP form that was mailed to Mr. Beard, and it is not necessary for him to call his bank in order to fill it out. He offers no specific reason why he failed to file an amended complaint. Accordingly, the Court finds that Mr. Beard's Objection and Supplement are **OVERRULED**. Mr. Beard has failed to obey Court orders repeatedly, and his Objection and Supplement provide no legal or factual justification for these failures, particularly given the numerous chances the Court has given him to comply.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 10) is **ADOPTED IN ITS ENTIRETY**. For the reasons stated in the R&R, the case is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 30th day of September, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE